UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KALEB MCINTOSH,

        Plaintiff,

    v.

KONG PHAM, et al.,

        Defendants.

Case No. 19-cv-03298-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Alsup for consideration of whether the case is related to Case No. 19-cv-243-WHA, *McIntosh v. Pham*.

      **IT IS SO ORDERED.**

Dated: June 28, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge